**No. 46433.—**—Protest 37268–K of Saji Trading Co., Ltd. Abstract 46176. Application by plaintiff for rehearing denied.

BEFORE THE FIRST DIVISION, OCTOBER 15, 1941.

**No. 46434.—**Protests 23669–K, etc. of Harold Mayer et al. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of Abstracts 45141 and 47154 (old series) and *Shallus* v. *United States* (13 Ct. Cust. Appls. 87, T. D. 40937) the claim at 30 percent under paragraph 80 was sustained.

**No. 46435.—**Protest 53189–K of Penson & Co. (New York).

Opinion by WALKER, J. At the trial the case was submitted on the official papers. In view of the collector's amended report stating that his office was now of the opinion that the repairs were made in the United States, the claim for free entry was sustained.

**No. 46436.—**Protest 962192–G (C) of Gitelman & Strumeyer, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the dogskins in question are undressed, the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389), the claim for free entry under paragraph 1681 was sustained.

**No. 46437.—**Protest 64594–K of M. S. & G. A. Workman, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the dogskins in question are undressed, the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389), the claim for free entry under paragraph 1681 was sustained.

**No. 46438.—**Protests 487019–G, etc., of S. Segerman (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the dogskins in question are undressed, the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389), the claim for free entry under paragraph 1681 was sustained.